KSC: USAO#2020R0451
cjr:7-1-2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. 20-0175 |
| **HERSON JOSE ARGUETA-LANDAVERDE,** | * (Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)) |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \*

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about May 30, 2020, in the District of Maryland, the defendant,

**HERSON JOSE ARGUETA-LANDAVERDE,**

being an alien illegally or unlawfully in the United States, did knowingly possess firearms and ammunition, to wit, (1) a Smith & Wesson .357 Magnum revolver with an altered serial number, loaded with six rounds of PPU .357 SPL ammo, and (2) a Lorcin L380 .380 caliber semi-automatic handgun, bearing serial number 231367, with a magazine loaded with 4 rounds of Federal .380 auto and one round of Winchester .380 auto ammo, in and affecting commerce.

18 U.S.C. § 922(g)(5)(A)

1

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction.

### Firearms and Ammunition Forfeiture

2. Pursuant to 18 U.S.C. § 924(d), upon conviction of an offense alleged in Count One, the Defendant convicted of such offense shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in that offense.

### Property Subject to Forfeiture

3. The property to be forfeited includes, but is not limited to, the following:

    a. a Smith & Wesson .357 Magnum revolver with an altered serial number;

    b. approximately six rounds of PPU .357 SPL ammunition;

    c. a Lorcin L380 .380 caliber semi-automatic handgun, bearing serial number 231367;

    d. a magazine loaded with approximately 4 rounds of Federal .380 auto ammunition; and

    e. approximately one round of Winchester .380 auto ammunition.

21 U.S.C. § 853
28 U.S.C. § 2461(c)
18 U.S.C. § 924(d)

*RKH/KSC*
ROBERT K. HUR
United States Attorney

A TRUE BILL:

REDACTED
Foreperson    Date: 7/6/20

2